UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF CALIFORNIA,

    Plaintiff,                                              Civil Action No. 23-cv-13260

v.                                                        HON. MARK A. GOLDSMITH

G.S. ELECTECH, INC. et al.,

    Defendants.
_____/

**<u>ORDER DISMISSING CASE WITH PREJUDICE</u>**

The Court, having been advised that this matter has settled by a notice filed by Plaintiff the State of California (Dkt. 2), dismisses the case with prejudice, subject to reopening within 60 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal. The case is now closed.

    SO ORDERED.

Dated: December 26, 2023                          s/Mark A. Goldsmith
       Detroit, Michigan                          MARK A. GOLDSMITH
                                                           United States District Judge